UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARBRA CHRISTINE RENAUD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | CASE NO. 2:24-cv-00715-GJL<br><br>ORDER ON MOTION FOR EXTENSION OF TIME; BRIEFING SCHEDULE |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and Local Magistrate Judge Rule MJR 13. *See also* Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent Form, Dkt. 3; Consent by all Parties to Proceed Before a Magistrate Judge, Dkt. 8. Presently pending before the Court is Plaintiff Barbra Christine Renaud's Motion for an Extension of Time to File an Opening Brief ("Motion"). Dkt. 13. In the Motion, Plaintiff requests an extension of time until November 6, 2024, to file her Opening Brief in this matter. *See id*. However, on October 28, 2024, Plaintiff filed her Opening Brief. Dkt. 14. Because Plaintiff has now filed her Opening Brief, the Motion (Dkt. 13) is **DENIED as moot**.

ORDER ON MOTION FOR EXTENSION OF TIME; BRIEFING SCHEDULE - 1

Further, because Plaintiff has now filed her Opening Brief (Dkt. 14), the Court **ORDERS** the following Briefing Schedule:

| | |
|---|---|
| Defendant's Response Brief, **limited to 18 pages or 6300 words, whichever is less**, is due: | On or before November 27, 2024. |
| Plaintiff's Optional Reply Brief, **limited to 9 pages or 3150 words, whichever is less,** is due: | **within 14 days of the date the Response Brief is filed.** |

These dates and page limitations are firm and can be changed only by Order of the Court, not by agreement of counsel or the parties. Stipulations and motions to extend time or page limitations must be noted on the Court's calendar prior to the due date pursuant to the briefing schedules established in LCR 10(g) and LCR 7, respectively. The Court will consider the case on written submissions unless otherwise ordered.

## BRIEFING REQUIREMENTS

**1.     Defendant's Response Brief**

Beginning on page one, Defendant shall indicate whether each error raised in the opening brief is disputed or undisputed. Defendant need not address Plaintiff's procedural summary unless there is disagreement. Subsequent sections of the response brief must respond to each disputed assignment of error and request for relief, and must cite to the specific pages of the administrative record and relevant legal authority.

**2.     Personal Data and Formatting**

All subsequent briefs must conform to the redaction rules regarding personal data set forth in LCR 5.2 and to the formatting requirements set forth in LCR 10.

In addition, all subsequent briefs must use the Bates number stamped on the lower right–hand corner of each page when citing to specific pages of the administrative record.

**The Court may strike, or return for correction, briefs not conforming to this Order.**

Dated this 28th day of October, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER ON MOTION FOR EXTENSION OF TIME; BRIEFING SCHEDULE - 3