UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARBRA CHRISTINE RENAUD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | CASE NO. 2:24-cv-00715-GJL<br><br>ORDER ON PLAINTIFF'S MOTION FOR PRODUCTION |

Before the Court is Plaintiff's Motion for Production. Dkt. 19. In the Motion, Plaintiff seeks a Court Order directing the Commissioner to produce a copy of Plaintiff's relevant administrative hearing transcripts. *Id*. Defendant has responded to the Motion, informing the Court that the transcripts are part of the certified Administrative Record ("AR"), which the Commissioner filed in this case on August 12, 2024. *See* Dkt. 21; Dkt. 10. In addition, the Commissioner has mailed Plaintiff a physical copy of the entire AR on two separate occasions, August 12, 2024, and December 5, 2024, respectively. *See* Dkts. 21, 22. Plaintiff has not replied to Defendant's Response to the instant Motion, but has timely filed her optional Reply Brief to Defendant's Responsive Brief in this case. Dkt. 23 ("Rebuttal").

ORDER ON PLAINTIFF'S MOTION FOR PRODUCTION - 1

1 | Because the record shows Plaintiff has now been provided with the documentation she
2 | seeks in the instant Motion (*see* Dkt. 21, 22), and because Plaintiff has timely filed a Reply Brief
3 | (Dkt. 23), the Court **DENIES as moot** Plaintiff's Motion for Production. Dkt. 19.

4 | Dated this 11th day of December, 2024.

Grady J. Leupold
United States Magistrate Judge